IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:14-cr-00022-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) WARREN ROSSLYN NEWELL, ) ) Defendant. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion to Recover Personal Property [Doc. 34].

The Defendant is currently represented by counsel. The Court does not ordinarily entertain motions filed by a criminal defendant who is represented by counsel and who has not formally waived his right to counsel. See LCrR 47.1(H). Accordingly, the Defendant's *pro se* motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Recover Personal Property [Doc. 34] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: September 5, 2014

Martin Reidinger
United States District Judge